UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL ACTION NO. |
| | 1:12-CR-0232-3-CAP |
| v. | |
| ROGELIO BENITEZ, | |
| Defendant. | |

# **O R D E R**

This action is before the court on the report and recommendation ("R&R") [Doc. No. 110] of the magistrate judge. There are no objections to the R&R by the defendant.

The R&R recommends that the defendant be found competent to stand trial. This court agrees. Therefore, the R&R is adopted as the order and opinion of the court.

SO ORDERED, this 27th day of January, 2014.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge