UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL ACTION NO. 1:12-CR-0232-3-CAP |
| v. | |
| ROGELIO BENITEZ, | |
| Defendant. | |

# **O R D E R**

This action is before the court on the report and recommendation ("R&R") [Doc. No. 132] of the magistrate judge. The defendant has filed objections thereto [Doc. No. 136].

The R&R recommends the denial of the defendant's motion to suppress evidence. The basis of the motion to suppress was the defendant's argument that 27 wiretap interceptions were illegal. The magistrate judge found that the wiretaps in this case were legal because there was sufficient information for a judge to find probable cause to believe that the telephone in question was being used for in an illegal operation. The defendant makes a general

objection contending that the interception of his calls was illegal and that the wiretaps directed at him lacked probable cause to believe had engaged in any crime.

The court agrees with the magistrate judge that there was probable cause to find that the telephone at issue was being used in an illegal operation. *United States v. Domme*, 753 F.2d 950, 954 n.2. Therefore, the motion to suppress is due to be denied. Accordingly, the R&R is adopted as the order and opinion of the court.

SO ORDERED, this 20th day of June, 2014.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge